**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KENNETH JUNHO BAE, LYDIA YUJIN
BAE, JONATHAN SANG-OU
BAE, NATALIE HAEJIN BAE, and
TERRI SUHYUN CHUNG,

       Plaintiffs,

v.                                                        CIVIL ACTION NO.: 1:20-cv-02260-EGS

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA,
c/o Foreign Minister Ri Son-Gwon
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK

       Defendant.
_____/

## REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), the Plaintiffs in this case, by and through their undersigned counsel, hereby request that the Clerk of Court enter a default against Defendant Democratic People's Republic of Korea ("DPRK").

DPRK was served in accordance with the Foreign Sovereign Immunities Act ("FSIA") on or after February 25, 2021, as described in the Affidavit in Support of Request for Entry of Default filed concurrently with this Request.

DPRK was required to plead or otherwise defend in this action with 60 days from the date of service.  *See* FSIA §1608(d) ("[The] foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section.")  More than sixty days have passed since service was accomplished and Defendant has

not filed an Answer or otherwise responded to Plaintiffs' Complaint.  *See* Affidavit in Support of Request for Entry of Default.  Accordingly, the Clerk of this Court is required to enter DPRK's default.  *See* Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

Plaintiffs therefore ask the Clerk to enter a default against Defendant, Democratic People's Republic of Korea.  As provided in Fed. R. Civ. P. 5(a)(2), "[n]o service is required on a party who is in default for failing to appear."

Dated this the 16th day of December, 2021.

Respectfully submitted,

*/s/ J. Nixon Daniel, III*
J. Nixon Daniel, III
D.C. Bar No. FL0031
jnd@beggslane.com
David L. McGee
D.C. Bar No. FL0037
dlm@beggslane.com
Matthew P. Massey
D.C Bar No. 1023608
mpm@beggslane.com
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 16th day of December, 2021, I electronically filed the foregoing with the Clerk of Court but did not serve the Defendant DPRK as DPRK has defaulted by failing to appear. *See* Fed. R. Civ. P. 5(a)(2).

*/s/ J. Nixon Daniel, III*
J. Nixon Daniel, III
D.C. Bar No. FL0031