| | |
|---|---|
| **From:** | Hess, Jared N |
| **To:** | Sonya Dobbs |
| **Subject:** | RE: FSIA Process of Service |
| **Date:** | Friday, June 26, 2020 9:53:54 AM |
| **Attachments:** | image001.png |
| | image002.png |

Understood.

**From:** Sonya Dobbs <sd@beggslane.com>
**Sent:** Friday, June 26, 2020 10:51 AM
**To:** Hess, Jared N <HessJN@state.gov>
**Subject:** RE: FSIA Process of Service

It will be a new case that hasn't yet been filed. It is for the unlawful detention and imprisonment of a U.S. citizen in N. Korea.



**SONYA D. DOBBS**
ADVANCED CERTIFIED PARALEGAL

**BEGGS & LANE, RLLP**
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.

With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.
ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

**From:** Hess, Jared N [mailto:HessJN@state.gov]
**Sent:** Friday, June 26, 2020 9:50 AM
**To:** Sonya Dobbs
**Cc:** McPherson, Michael
**Subject:** RE: FSIA Process of Service

If I may ask, what's the case?

**From:** Sonya Dobbs <sd@beggslane.com>
**Sent:** Friday, June 26, 2020 10:46 AM
**To:** Hess, Jared N <HessJN@state.gov>
**Cc:** McPherson, Michael <McPhersonMC@state.gov>
**Subject:** RE: FSIA Process of Service

Thank you Jared for your guidance. I did check other cases where they were served, unfortunately

EXHIBIT C

the ones I checked were served through DHL who no longer ships to N. Korea. This is very helpful. Thanks again. Have a great weekend.



**SONYA D. DOBBS**
ADVANCED CERTIFIED PARALEGAL

**BEGGS & LANE, RLLP**
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.

With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.

ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

**From:** Hess, Jared N [mailto:HessJN@state.gov]
**Sent:** Friday, June 26, 2020 9:39 AM
**To:** Sonya Dobbs
**Cc:** McPherson, Michael
**Subject:** RE: FSIA Process of Service

Good Morning Ms. Dobbs,

Thank you for your email. Please see our legal information country page on the Democratic People's Republic of Korea (DPRK), which provides information on judicial assistance requests related to the DPRK. There it notes, in part:

> "[T]he United States does not maintain diplomatic relations with the DPRK and does not have U.S. representatives there. Therefore, the U.S. Government cannot provide normal consular services in the DPRK, including the transmission of judicial documents via the diplomatic channel. Nor does the United States have in place a protecting power or other arrangement that would permit another sovereign to transmit letters rogatory requesting service of process or the taking of evidence, or to effect service of process upon the government of the DPRK on behalf of U.S. litigants as provided for in the Foreign Sovereign Immunities Act."

However, you may find it useful to look at other litigation and the methods by which parties have been successful in serving the DPRK through, for example, Section 1608(a)(3).

Best,

**Jared N. Hess**
U.S. Department of State
CA/OCS/L
E-mail: HessJN@state.gov

EXHIBIT C

**From:** Sonya Dobbs <sd@beggslane.com>
**Sent:** Thursday, June 25, 2020 3:06 PM
**To:** Hess, Jared N <HessJN@state.gov>
**Cc:** McPherson, Michael <McPhersonMC@state.gov>
**Subject:** RE: FSIA Process of Service

Good afternoon, we are going to have a complaint that will need to be served on N. Korea. Can you tell me if the process of service for N. Korea is the same as for Iran? Do I send it to the state department for service through the Swiss for N. Korea? Thanks.



SONYA D. DOBBS
ADVANCED CERTIFIED PARALEGAL

BEGGS & LANE, RLLP
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.

With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.

ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

**From:** Hess, Jared N [mailto:HessJN@state.gov]
**Sent:** Monday, June 15, 2020 11:47 AM
**To:** Sonya Dobbs
**Cc:** McPherson, Michael; 'ali.herischi@ibhlaw.com'
**Subject:** RE: FSIA Process of Service

Hi Sonya,

Thank you for your email. We have been able to confirm receipt of the hard copies of the request and we're ready to transmit the requests to our Embassy in Bern; however, upon final review of the documents, we noticed that we received only one check per case but multiple defendants to be served in each case. Please note that service upon a defendant foreign state or political subdivision of a foreign state under 28 USC 1608(a)(4) is considered one instance of service; therefore, for each defendant to be served, the Department will charge a fee under Item 51 of the schedule of fees (see 22 CFR 22.1). For example, a request to serve process on the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps are considered two instances of service requiring two fees. So before our Embassy in Bern can transmit the cases for service, they will need to receive five additional fees. See FSIA Checklist number 11.

*Amirentezam v. Islamic Republic of Iran*, 1:19-cv-02066

EXHIBIT C

- Received one fee
- Two defendants to be served: Islamic Republic of Iran and the Islamic Revolutionary Guard Corps

*Kar v. Islamic Republic of Iran*, 1:19-cv-2070
- Received one fee
- Two defendants to be served: Islamic Republic of Iran and the Islamic Revolutionary Guard Corps

*Oveissi v. Islamic Republic of Iran*, 1:19-cv-2846
- Received one fee
- Two defendants to be served: Islamic Republic of Iran and the Iranian Ministry of Intelligence and Security

*Saharkhiz v. Islamic Republic of Iran*, 1:19-cv-2938
- Received one fee
- Two defendants to be served: Islamic Republic of Iran and the Islamic Revolutionary Guard Corps

*Zand v. Islamic Republic of Iran*, 1:19-cv-2602
- Received one fee
- Two defendants to be served: Islamic Republic of Iran and the Islamic Revolutionary Guard Corps

We have a few options on how to handle. One option would be for us to transmit the documents in each case to our Embassy in Bern without the additional fees and plaintiff's counsel may submit the additional cashier's checks directly to the Embassy in Bern. Alternatively, you could transmit the checks to our office in Washington, DC and we can send the documents together. Given the interest you expressed in expediting the process, another option that may minimize some time would be to provide our office with pre-paid private courier waybills and envelopes (e.g. FedEx, UPS) from our office to Bern. Instead of using the diplomatic pouch (which takes about 2 weeks), we can use a private courier of your choosing. We can provide you with the addresses and you may fill-out the slips, then deliver them to us. Some folks have scheduled a day/time to have a courier hand deliver the slips and envelopes to our office or simply mail them to our office. Similarly, if you wish to use a private courier for transmittal of the certified diplomatic notes from Bern to DC once service has been completed, you may provide us with those as well and we can include them in the package. Please let us know how you would like to proceed, and we can move accordingly.

Sincerely,

**Jared N. Hess**
U.S. Department of State
CA/OCS/L
E-mail: HessJN@state.gov

**From:** Sonya Dobbs <sd@beggslane.com>
**Sent:** Thursday, June 4, 2020 4:09 PM
**To:** McPherson, Michael <McPhersonMC@state.gov>; Hess, Jared N <HessJN@state.gov>
**Cc:** ali.herischi@ibhlaw.com
**Subject:** FSIA Process of Service

Good afternoon Michael and Jared. It has been quite a while since I contacted you for service on Iran. I hope you are both well. I am working with Ali Herischi on some cases that are at the point where they should

EXHIBIT C

be with your office for transmittal to Bern. I understand that with the COVID-19 everything has been delayed but we are wondering where we are at this point and if there is anything we can do to expedite the transmittal? I understand that the hard copies may not have been received by your office but that you indicated that emailed copies of the documents for transmittal would be accepted. That email was sent and you should have the documents. Can you confirm receipt?

The cases we are working on are as follows:

*Kar v. Iran*, Case Number 1:19-cv-2070

*Amirentezam v. Iran*, Case Number 1:19-cv-2066

*Zand v. Iran*, Case Number 1:19-cv-2602

*Saharkhiz v. Iran*, Case Number 1:19-cv-2938

*Oveissi v. Iran*, Case Number 1:19-cv-2846

Please let me know what the status is of the transmittal of these documents and what, if anything, we can do to expedite their transmittal to Bern.

Thank you in advance, I look forward to hearing from you.



**SONYA D. DOBBS**
ADVANCED CERTIFIED PARALEGAL

**BEGGS & LANE, RLLP**
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.

With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.

ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

EXHIBIT C