| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, CALL CENTER | VT | 06/02/2021 | 15:15 | | Customer Driven Activity | | | 06/02/2021 15:43:39 | |
| TRACKING INQUIRY, CALL CENTER | VT | 06/02/2021 | 15:14 | | Customer Driven Activity | | | 06/02/2021 15:43:35 | |
| TRACKING INQUIRY, CALL CENTER | VT | 06/02/2021 | 15:05 | | Customer Driven Activity | | | 06/02/2021 15:42:16 | |
| TRACKING INQUIRY, CALL CENTER | VT | 05/28/2021 | 15:29 | | Customer Driven Activity | | | 05/28/2021 15:32:12 | |
| TRACKING INQUIRY, CALL CENTER | VT | 05/28/2021 | 15:29 | | Customer Driven Activity | | | 05/28/2021 15:32:11 | |
| OUT OF CUSTOMS | B3 | 02/25/2021 | 11:01 | ISC NEW YORK NY(USPS), UNITED STATES | | | | 02/25/2021 11:19:10 | Customs Action Taken: Released from Export Compliance |
| ENROUTE/PROCESSED | 10 | 02/24/2021 | 12:07 | JAMAICA, NY 11430 | Scanned | APBS-005-000006 | | 02/24/2021 11:20:11 | |
| ENROUTE/PROCESSED | 10 | 02/24/2021 | 12:07 | JAMAICA, NY 11430 | Scanned | APBS-005-000006 | | 02/24/2021 11:20:10 | |
| ENROUTE/PROCESSED | 10 | 02/24/2021 | 12:06 | JAMAICA, NY 11430 | Scanned | NGTC-000 | | 02/24/2021 11:20:18 | |
| ENROUTE/PROCESSED | 10 | 02/24/2021 | 12:06 | JAMAICA, NY 11430 | Scanned | NGTC-000 | | 02/24/2021 11:20:18 | |
| ENROUTE/PROCESSED | 10 | 02/24/2021 | 12:06 | JAMAICA, NY 11430 | Scanned | NGTC-000 | | 02/24/2021 11:20:18 | |
| IN TRANSIT TO NEXT FACILITY | NT | 02/23/2021 | 18:00 | | System Generated | | | 02/23/2021 17:25:05 | |
| ENROUTE/PROCESSED | 10 | 02/22/2021 | 22:00 | WASHINGTON, DC 20066 | Scanned | APBS-002-000002 | | 02/22/2021 21:18:08 | |
| DEPART POST OFFICE | SF | 02/22/2021 | 19:30 | WASHINGTON, DC 20002 | System Generated | | | 02/22/2021 18:46:04 | Closeout Label ID: CT14 4255 5000 2102 2218 3446 000 |
| ACCEPT OR PICKUP | 03 | 02/22/2021 | 11:56 | WASHINGTON, DC 200029997 | Scanned | RSS POS | | 02/22/2021 11:39:05 | Facility Finance Number: 104946 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search

Submit

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.1.1.32

Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | June 04, 2021

**Under no circumstances should dispatch information be released to anyone outside of the United States Postal Service.**

## USPS Tracking Intranet Tracking Number Result

Price Change 1/26/2020:
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

**Result for International Outbound Tracking Number UH03 3637 957U S**

Tracking Expires On August 21, 2021

### Destination and Origin

**Destination**

| City Code | City | Country Code | Country | Dispatch Number |
|---|---|---|---|---|
| | | KP | KOREA DEMOCRATIC PEOPLE'S REPUBLIC OF | |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 200029997 | WASHINGTON | DC |

### Tracking Number Classification

**Class/Service**

**Class/Service:** Non-Trackable 1st Class Intl/Customs 2976 - IPA/ISAL
**Class of Mail Code/Description:** LC / First-Class Package International Service

**Origin / Return / Pickup Address Information**

**Address:**
**City:**
**State:**
**5-Digit ZIP Code:** 20002
**4-Digit ZIP Code add on:** 9997

**Service Delivery Information**

**PO Box:** N

**Payment**

**Payment Type:** Other Postage
**Payment Account Number:** 000000000000
**Postage:** $44.50
**Weight:** 2 lb(s) 7.00 oz(s)
**Rate Indicator:** SINGLE PIECE - PARCEL

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| First Class International | |

### Events