**From:** Hess, Jared N
**To:** Sonya Dobbs
**Cc:** McPherson, Michael
**Subject:** RE: Service for DPRK
**Date:** Wednesday, October 21, 2020 9:23:20 AM
**Attachments:** image002.png
image003.png

---

Good Morning Sonya,

Thank you for your email and your patience. I understand that you were having issues with service because both FedEx and DHL reportedly do not currently ship to the Democratic People's Republic of Korea (DPRK) and facing complications working with the clerk to dispatch documents via USPS per (a)(3). Unfortunately, as is noted on the Department of State's judicial assistance page for the DPRK, at this time the U.S. Government cannot provide normal consular services in the DPRK, including the transmission of judicial documents via the diplomatic channel. More specifically, the United States and the DPRK do not have any treaty relationships that provide for judicial assistance. The DPRK is not party to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters. Moreover, the United States does not maintain diplomatic relations with the DPRK and does not have U.S. representatives there. Therefore, the U.S. Government cannot provide normal consular services in the DPRK, including the transmission of judicial documents via the diplomatic channel. Nor does the United States have in place a protecting power or other arrangement that would permit another sovereign to transmit letters rogatory requesting service of process or the taking of evidence, or to effect service of process upon the government of the DPRK on behalf of U.S. litigants as provided for in the Foreign Sovereign Immunities Act.

Therefore, you may need to continue to work with the clerk as to the availability of delivery through (a)(3) possibly through USPS or other couriers.

Sincerely,

**Jared N. Hess**
U.S. Department of State
L/CA/POG/GC
E-mail: HessJN@state.gov

---

**From:** Sonya Dobbs <sd@beggslane.com>
**Sent:** Wednesday, October 14, 2020 11:43 AM
**To:** McPherson, Michael <McPhersonMC@state.gov>; Hess, Jared N <HessJN@state.gov>
**Subject:** FW: Service for DPRK

Good morning, just following up on my email below from 10/8. I need to know who to make the check payable to for service on N. Korea – is there a need for a check, etc. Can you serve the documents on N. Korea for the FSIA case? Thank you.

**SONYA D. DOBBS**
ADVANCED CERTIFIED PARALEGAL

**BEGGS & LANE, RLLP**
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.
With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.
ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

---

**From:** Sonya Dobbs
**Sent:** Thursday, October 08, 2020 2:56 PM
**To:** McPherson, Michael; Hess, Jared N (HessJN@state.gov)
**Cc:** Sonya Dobbs
**Subject:** Service for DPRK

Good afternoon gentlemen. I need to send documents to you for service on the Democratic People Republic of Korea. I have already sent them for service via FedEx through the clerk's office and they were returned non-served, this completes 1608(a)(3). I now need to meet requirements of 1608(a)4 which is service through the state department.

I have all the documents ready to send to the clerk's office to forward to you via fedex. The one thing I need to know if how much the check should be and who should it be made payable? Before it was to Bern and the amount was $2,275. Is that still correct? If not, can you please tell me who to make it payable and how much it should be.

Thanks.

**SONYA D. DOBBS**
ADVANCED CERTIFIED PARALEGAL

**BEGGS & LANE, RLLP**
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.
With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.