[redacted]

**SONYA D. DOBBS**
ADVANCED CERTIFIED PARALEGAL

**BEGGS & LANE, RLLP**
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

SINCE 1883

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.

With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.

ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

**From:** Hess, Jared N <HessJN@state.gov>
**Sent:** Friday, June 26, 2020 9:39 AM
**To:** Sonya Dobbs <sd@beggslane.com>
**Cc:** McPherson, Michael <McPhersonMC@state.gov>
**Subject:** RE: FSIA Process of Service

Good Morning Ms. Dobbs,

Thank you for your email. Please see our legal information country page on the Democratic People's Republic of Korea (DPRK), which provides information on judicial assistance requests related to the DPRK. There it notes, in part:

> "[T]he United States does not maintain diplomatic relations with the DPRK and does not have U.S. representatives there. Therefore, the U.S. Government cannot provide normal consular services in the DPRK, including the transmission of judicial documents via the diplomatic channel. Nor does the United States have in place a protecting power or other arrangement that would permit another sovereign to transmit letters rogatory requesting service of process or the taking of evidence, or to effect service of process upon the government of the DPRK on behalf of U.S. litigants as provided for in the Foreign Sovereign Immunities Act."

However, you may find it useful to look at other litigation and the methods by which parties have been successful in serving the DPRK through, for example, Section 1608(a)(3).

Best,
**Jared N. Hess**
U.S. Department of State
CA/OCS/L
E-mail: HessJN@state.gov

**From:** Sonya Dobbs <sd@beggslane.com>
**Sent:** Thursday, June 25, 2020 3:06 PM
**To:** Hess, Jared N <HessJN@state.gov>
**Cc:** McPherson, Michael <McPhersonMC@state.gov>
**Subject:** RE: FSIA Process of Service

Good afternoon, we are going to have a complaint that will need to be served on N. Korea. Can you tell me if the process of service for N. Korea is the same as for Iran? Do I send it to the state department for service through the Swiss for N. Korea? Thanks.

SINCE 1883

**SONYA D. DOBBS**
ADVANCED CERTIFIED PARALEGAL

**BEGGS & LANE, RLLP**
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.

With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.

ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

**From:** Hess, Jared N [mailto:HessJN@state.gov]
**Sent:** Monday, June 15, 2020 11:47 AM
**To:** Sonya Dobbs
**Cc:** McPherson, Michael; 'ali.herischi@ibhlaw.com'
**Subject:** RE: FSIA Process of Service