**From:** Hess, Jared N
**To:** J. Nixon Daniel
**Cc:** Sonya Dobbs
**Subject:** FSIA Request: Kenneth Junho Bae, et al. v. Democratic People's Republic of Korea, 1:20-cv-02260-EGS
**Date:** Wednesday, January 26, 2022 12:26:59 PM
**Attachments:** image001.png

---

Dear Mr. Daniel,

I am writing in response to the request for service pursuant to 28 U.S.C. 1608(a)(4) in the lawsuit *Kenneth Junho Bae, et al. v. Democratic People's Republic of Korea*, 1:20-cv-02260-EGS, which is pending before the U.S. District Court for the District of Columbia. Our office can confirm that the U.S. Department of State received the request and is reviewing it. Should there be any issues that require your attention or response, our office will notify you.

If you have any questions or would like an update at any time, please do not hesitate to contact our office at FSIA-LR@state.gov.

Sincerely,

**Jared N. Hess**
Attorney Adviser
U.S. Department of State
L/CA/POG/GC
Email: HessJN@state.gov