B&L
BEGGS & LANE RLLP
ATTORNEYS and COUNSELLORS at LAW
SINCE 1883

J. NIXON DANIEL, III
*MANAGING PARTNER*

DIRECT DIAL
(850) 469-3306

EMAIL ADDRESS
JND@BEGGSLANE.COM

501 COMMENDENCIA ST.
PENSACOLA, FLORIDA 32502-5953
TELEPHONE (850) 432-2451
FAX (850) 469-3331

E. DIXIE BEGGS
1908 – 2001

BERT H. LANE
1917 - 1981

January 27, 2022

**VIA FEDERAL EXPRESS**

Mr. Jared Hess
Mr. Michael McPherson
U.S. Department of State
CA/OS/L SA17, 10th Floor
Washington, DC 20522

**Re: Kenneth Junho Bae, et al v. Democratic People's Republic of Korea
Case No. 1:20-cv-02260**

Dear Messrs. Hess and McPherson:

We are requesting, pursuant to Judge Emmet G. Sullivan's Minute Order of January 6, 2022 (a copy is enclosed for your convenience), your assistance to effect service in this matter on the Defendant, Democratic People's Republic of Korea c/o Foreign Minister Ri Son-Gwon, pursuant to 28 U.S.C. § 1608(a)(4). Pursuant to our previous emails, the required documents for service have been forwarded, and received by you, from the Clerk of Court for the United States District Court for The District of Columbia, but the required check in the amount of $2,275.00 was not included. Enclosed herewith is our firm's check in the required amount.

Thank you for your assistance in this matter. Please feel free to contact me if you have additional questions.

Sincerely,

J. Nixon Daniel, III
For the Firm

JND,III/sdd
Enclosures

**Sonya Dobbs**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Thursday, January 6, 2022 5:30 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:20-cv-02260-EGS BAE et al v. DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA Order |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 1/6/2022 at 6:29 PM EDT and filed on 1/6/2022

**Case Name:** BAE et al v. DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA
**Case Number:** 1:20-cv-02260-EGS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. Plaintiffs state in their [23] Affidavit in Support of Request for Entry of Default that "service cannot be attempted pursuant to 28 U.S.C. § 1608(a)(4) because the U.S. Department of State has advised Plaintiffs' counsel that it lacks the ability to serve North Korea through any diplomatic channels." However, the U.S. Court of Appeals for the District of Columbia Circuit has held that "strict adherence to the terms of 1608(a) is required." See, e.g., Transaero, Inc. v. La Fuerza Aerea Boliviana, 30 F.3d 148, 154 (D.C. Cir. 1994). Plaintiffs are therefore directed to attempt service pursuant to 28 U.S.C. § 1608(a)(4), which requires that service on foreign states be made "by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services--and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." The Clerk of Court is directed to not enter a default at this time. Signed by Judge Emmet G. Sullivan on 1/6/2022. (lcegs3)**

**1:20-cv-02260-EGS Notice has been electronically mailed to:**

J. Nixon Daniel, III jnd@beggslane.com, alr@beggslane.com, ch@beggslane.com, mpm@beggslane.com, rlg@beggslane.com, sd@beggslane.com

**1:20-cv-02260-EGS Notice will be delivered by other means to::**