| | |
|---|---|
| **From:** | Hess, Jared N |
| **To:** | Sonya Dobbs |
| **Subject:** | RE: FSIA Request: Kenneth Junho Bae, et al. v. Democratic People’s Republic of Korea, 1:20-cv-02260-EGS |
| **Date:** | Tuesday, March 1, 2022 11:47:07 AM |
| **Attachments:** | image001.png<br>image002.png |

Good Afternoon Ms. Dobbs,
At present the request is still being processed and reviewed by the Department. Should there be any additional issues that require your attention, we will let you know.

Best,

**Jared N. Hess**
Attorney Adviser
U.S. Department of State
L/CA/POG/GC
Email: HessJN@state.gov

**From:** Sonya Dobbs <sd@beggslane.com>
**Sent:** Tuesday, March 1, 2022 12:00 PM
**To:** Hess, Jared N <HessJN@state.gov>
**Subject:** RE: FSIA Request: Kenneth Junho Bae, et al. v. Democratic People’s Republic of Korea, 1:20-cv-02260-EGS

Good morning, I am following up on the January 26th email below regarding service in the Bae, et al v. Democratic Republic of Korea. Can you give me a status report of where we are on this service request? Thank you.

SONYA D. DOBBS
ADVANCED CERTIFIED PARALEGAL

BEGGS & LANE, RLLP
501 COMMENDENCIA STREET | PENSACOLA, FLORIDA 32502
PHONE: (850) 432-2451 | FAX: (850) 469-3331
SD@BEGGSLANE.COM | BEGGSLANE.COM

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the

sender any questions you may have in a direct electronic reply to this message.

With wire fraud, email hacking and phishing attempts on the rise, it is vitally important that prior to sending any funds, you call the Attorney, Paralegal, or Secretary working on your file to verify the wire instructions that you received. Only use verified contact information that you have been provided. Our Firm does not provide wire instructions via unsecure email so please do not respond to any email purporting to be from our Firm that indicates that updated or corrected wire instructions are attached or contained within the body of that email.

ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION

---

**From:** Hess, Jared N <HessJN@state.gov>
**Sent:** Wednesday, January 26, 2022 12:27 PM
**To:** J. Nixon Daniel <JND@beggslane.com>
**Cc:** Sonya Dobbs <sd@beggslane.com>
**Subject:** FSIA Request: Kenneth Junho Bae, et al. v. Democratic People's Republic of Korea, 1:20-cv-02260-EGS

Dear Mr. Daniel,

I am writing in response to the request for service pursuant to 28 U.S.C. 1608(a)(4) in the lawsuit *Kenneth Junho Bae, et al. v. Democratic People's Republic of Korea*, 1:20-cv-02260-EGS, which is pending before the U.S. District Court for the District of Columbia. Our office can confirm that the U.S. Department of State received the request and is reviewing it. Should there be any issues that require your attention or response, our office will notify you.

If you have any questions or would like an update at any time, please do not hesitate to contact our office at FSIA-LR@state.gov.

Sincerely,

**Jared N. Hess**
Attorney Adviser
U.S. Department of State
L/CA/POG/GC
Email: HessJN@state.gov