United States Department of State

*Washington, D.C. 20520*

June 30, 2022

BY EMAIL ONLY
JND@beggslane.com

Mr. J. Nixon Daniel, III
Beggs & Lane, RLLP
Pensacola, FL 32591-2950

**Re: *Kenneth Junho Bae, et al v. Democratic People's Republic of Korea*, 1:20-cv-02260**

Dear Mr. Daniel:

I am writing regarding the request for transmittal of a Summons, Complaint, Notice of Suit, and certain other court documents to the Democratic People's Republic of Korea (DPRK) pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

As is noted on the Department of State's judicial assistance page for the DPRK, the United States and DPRK do not have any treaty relationships that provide for judicial assistance. The DPRK is not party to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters. Moreover, the United States does not maintain diplomatic relations with the DPRK and does not have U.S. representatives there. Therefore, at this time the U.S. Government cannot provide normal consular services in the DPRK, including the transmission of judicial documents via the diplomatic channel. The United States does not have in place a protecting power or other arrangement that provides for another sovereign to effect service of process upon the government of the DPRK on behalf of U.S. litigants.

The Department continues to explore options to facilitate the service of process on the DPRK consistent with the provisions of the Foreign Sovereign Immunities Act. We will provide additional information once it is available. That said, should you so request, the documents which were sent to the Department of State can be returned to you or the clerk.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser