UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH JUNHO BAE, LYDIA YUJIN
BAE, JONATHAN SANG-OU
BAE, NATALIE HAEJIN BAE, and
TERRI SUHYUN CHUNG,

      Plaintiffs,

v.                                 CIVIL ACTION NO.: 1:20-cv-02260

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA,
c/o Foreign Minister Ri Son-Gwon
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK,

      Defendant.
_____/

## AFFIDAVIT OF SERVICE BY ALTERNATIVE METHODS

The undersigned, J. Nixon Daniel, III, Esq., hereby gives this affidavit of service by alternative methods, and certifies as follows:

1. On December 4, 2023, this Court issued a Minute Order directing alternative service of the summons and complaint on Defendant Democratic People's Republic of Korea ("Democratic People's Republic of Korea") by (1) service via mailing upon the Permanent Representative of the Democratic People's Republic of Korea to the United Nations in New York and (2) service by publication upon the Defendant via X (formerly known as Twitter). The Court further directed that Plaintiffs attempt service of process pursuant to these alternative methods on or before January 4, 2024. If those alternative methods of service failed, Plaintiffs were directed to file another status report by no later than January 19, 2024, including proposed recommendations for further proceedings.

2. Pursuant to the Court's Minute Order, Plaintiffs submitted an Affidavit Requesting Foreign Mailing with the D.C. Clerk of Court on December 15, 2023, requesting that the Clerk dispatch for mailing, one copy of the Summons, Complaint, and Notice of Suit, together with a translation of each into the official language of the foreign state, by FedEx, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3) to Foreign Minister Choe Son-Hui c/o Ambassador Kim Song, Perm. Mission of the Democratic People's Republic Korea UN, 820 Second Avenue 13th Floor, New York, NY 10017. [ECF No. 31].

3. In addition, on December 15, 2023, Plaintiffs prepared and sent via FedEx a package containing the Summons, Complaint, and Notice of Suit, along with other litigation documents including the Offer to Arbitrate [ECF No. 5], Standing Order Governing Civil Cases Before Judge Emmet Sullivan [ECF No. 6], and copies of the relevant statutes, together with translations of each into the official language of the foreign state, to Foreign Minister Choe Son-Hui c/o Ambassador Kim Song, Perm. Mission of the Democratic People's Republic Korea UN, 820 Second Avenue 13th Floor, New York, NY 10017. [ECF No. 32].

4. The Clerk of Court filed a Certificate on December 20, 2023, confirming that one copy of the Summons, Complaint, and Notice of Suit, together with translations into the official language of the foreign state, was sent to the head of the ministry of foreign affairs pursuant to the provisions of 28 U.S.C. 1608(a)(3). [ECF No. 33].

5. On December 21, 2023, the FedEx package sent by the Clerk of Court was delivered as addressed to Foreign Minister Choe Son-Hui c/o Ambassador Kim Song, Perm. Mission of the Democratic People's Republic Korea UN, 820 Second Avenue 13th Floor, New York, NY 10017. *See* Exhibit 1. Subsequently, this package was then marked "Return to Sender" with a new label added by the recipient and sent back to the undersigned's law firm address. *See* Exhibit 1.

6. On January 2, 2024, a duplicate package was mailed directly from the undersigned's law firm address, via FedEx, to Foreign Minister Choe Son-Hui c/o Ambassador Kim Song, Perm. Mission of the Democratic People's Republic Korea UN, 820 Second Avenue 13th Floor, New York, NY 10017, which was also returned to the undersigned marked "Return to Sender." *See* Exhibit 2.

7. On January 3, 2024, pursuant to the Court's Minute Order granting service by publication via X (formerly known as Twitter), the undersigned tweeted a legal notice in English and Korean to the handle @uriminzok, which is the X (formerly known as Twitter) handle associated with the North Korean-run news agency www.uriminzokkiri.com, apprising Defendant Democratic People's Republic of Korea of the lawsuit, with the notice making reference to the https://justiceforbae.godaddysites.com/ website that includes links to English and Korean versions of the Summons, Complaint, and Notice of Suit, along with other litigation documents including the Offer to Arbitrate [ECF No. 5], Standing Order Governing Civil Cases Before Judge Emmet Sullivan [ECF No. 6], and copies of the relevant statutes, together with a translation of each into the official language of the foreign state. A screenshot of that post is attached hereto as Exhibit 3.

8. A screenshot of the contents of the website https://justiceforbae.godaddysites.com/ is attached as Exhibit 4.

9. When counsel tweeted the legal notice to @uriminzok on January 3, 2024, the X (formerly known as Twitter) account for @uriminzok was depicted as seen in the screenshot attached as Exhibit 5.

10. Since that date, it appears that the X (formerly known as Twitter) associated with @uriminzok has been deleted because X (formerly known as Twitter) indicates that the user no longer exists.

11. Section 1608(d) of the Foreign Sovereign Immunities Act requires Defendant to serve an answer to the Complaint within sixty (60) days of service. Since service was made on Democratic People's Republic of Korea when FedEx delivered the package containing the Summons, Complaint, and Notice of Suit, together with a translation of each into the official language of the foreign state on December 21, 2023, Defendant Democratic People's Republic of Korea's answer to the Complaint is due by February 19, 2024. As an alternative to service via FedEx, service by publication was also made on Democratic People's Republic of Korea by X (formerly known as Twitter) on January 3, 2024, making Defendant Democratic People's Republic of Korea's answer to the Complaint due on March 3, 2024.

Dated this 19th day of January, 2024.

FURTHER AFFIANT SAY NOT.

J. Nixon Daniel, III

STATE OF FLORIDA
COUNTY OF ESCAMBIA

Sworn to and subscribed before me this 19th day of January, 2024, by J. Nixon Daniel, III.

SONYA D. DOBBS
Notary Public, State of Florida
My Comm. Expires February 9, 2026
Commission No. HH 211957

(NOTARY Commission)

Sonya D. Dobbs

Personally Known X OR Produced Identification _____
Type of Identification Produced _____

Respectfully submitted,

*/s/ J. Nixon Daniel, III*
J. Nixon Daniel, III
D.C. Bar No. FL0031
jnd@beggslane.com
David L. McGee - D.C. Bar No. FL0037
dlm@beggslane.com
Matthew P. Massey - D.C Bar No. 1023608
mpm@beggslane.com
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
Attorneys for Plaintiffs