FedEx

December 21, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 774547069966

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | B.BRENDA | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | NEW YORK, NY, |
| | | **Delivery date:** | Dec 21, 2023 11:58 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774547069966 | **Ship Date:** | Dec 20, 2023 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**

NEW YORK, NY, US,

**Shipper:**

Pensacola, FL, US,

**Reference** JND 10336-78727

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

EXHIBIT 1

FedEx® Tracking




DELIVERED

# Thursday

12/21/23 at 11:58 AM

Signed for by: B.BRENDA

Obtain proof of delivery

How was your delivery?

☆ ☆ ☆ ☆ ☆

DELIVERY STATUS

Delivered ✓



TRACKING ID

774547069966

**FROM**

Beggs & Lane
J. Nixon Daniel, III
501 Commendencia Street
Pensacola, FL US 32502
8504693306

*Label Created*
12/19/23 3:29 PM

**WE HAVE YOUR PACKAGE**

WASHINGTON, DC
12/20/23 7:24 PM

**ON THE WAY**

NEW YORK, NY
12/22/23 8:55 PM

**OUT FOR DELIVERY**

NEW YORK, NY
12/21/23 9:41 AM

**DELIVERED**

Foreign Minister Choe Son-Hui

EXHIBIT 1

FedEx

8504322451

*Delivered*
12/21/23 at 11:58 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

YOUR EMAIL
beggslane

SUBMIT

✖ Your email is invalid.

MORE OPTIONS

Manage Delivery

## Shipment facts

### Shipment overview

**TRACKING NUMBER** 774547069966

**DELIVERED TO** Receptionist/Front Desk

**SHIPPER REFERENCE** JND 10336-78727

**SHIP DATE** 12/20/23

**STANDARD TRANSIT** 12/21/23 before 12:00 PM

**ACTUAL DELIVERY** 12/21/23 at 11:58 AM

### Services

**SERVICE** FedEx Priority Overnight

**TERMS** Shipper

**SPECIAL HANDLING SECTION** Deliver Weekday

### Package details

**WEIGHT** 2 lbs / 0.91 kgs

**TOTAL PIECES** 1

**TOTAL SHIPMENT WEIGHT** 2 lbs / 0.91 kgs

EXHIBIT 1

FedEx

↑ Back to to

## Travel history

Ascending

Local Scan Time

Tuesday, 12/19/23

- 3:29 PM
  **Shipment information sent to FedEx**

Wednesday, 12/20/23

- 7:24 PM
  **Shipment arriving On-Time**
  WASHINGTON, DC
- 7:24 PM
  **Picked up**
  WASHINGTON, DC
- 9:05 PM
  **Left FedEx origin facility**
  WASHINGTON, DC
- 11:55 PM
  **Arrived at FedEx hub**
  NEWARK, NJ

EXHIBIT 1

FedEx

- 8:18 AM
  At local FedEx facility
  NEW YORK, NY
- 9:41 AM
  On FedEx vehicle for delivery
  NEW YORK, NY
- 11:58 AM
  Delivered
  NEW YORK, NY
- 7:44 PM
  Delay
  Retrieved shipment
  NEW YORK, NY
- 8:35 PM
  At local FedEx facility
  NEW YORK, NY
- 8:57 PM
  Delay
  Package delayed
  NEW YORK, NY

Friday, 12/22/23

- 6:07 AM
  Delay
  Package delayed
  NEW YORK, NY
- 6:07 AM
  At local FedEx facility
  NEW YORK, NY
- 1:23 PM
  Returning package to shipper
  Return tracking number 623281429956
  NEW YORK, NY
- 8:55 PM
  At local FedEx facility
  NEW YORK, NY

↑ Back to to

All (30)

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility

EXHIBIT 1

FedEx

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

United States

**FOLLOW FEDEX**

© FedEx 1995-2023

Site Map | Terms of Use | Privacy & Security

EXHIBIT 1