FedEx

FedEx® Tracking

SHOPRUNNER by FedEx.
READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER.

SHOP NOW

DELIVERED

# Thursday

12/21/23 at 11:58 AM

Signed for by: B.BRENDA

Obtain proof of delivery

How was your delivery?

☆ ☆ ☆ ☆ ☆

DELIVERY STATUS

Delivered

TRACKING ID

774547069966

FROM
Pensacola, FL US
*Label Created*
12/19/23 3:29 PM

WE HAVE YOUR PACKAGE
WASHINGTON, DC
12/20/23 7:24 PM

ON THE WAY
NEW YORK, NY
12/22/23 8:55 PM

OUT FOR DELIVERY
NEW YORK, NY
12/21/23 9:41 AM

DELIVERED
NEW YORK, NY US
*Delivered*
12/21/23 at 11:58 AM

View travel history

Want updates on this shipment? Enter your email and we will do the rest!

FedEx

✖ Your email is invalid.

MORE OPTIONS

Manage Delivery

## Shipment facts

### Shipment overview

**TRACKING NUMBER** 774547069966

**DELIVERED TO** Receptionist/Front Desk

**SHIP DATE** 12/20/23

**STANDARD TRANSIT** 12/21/23 before 12:00 PM

**ACTUAL DELIVERY** 12/21/23 at 11:58 AM

### Services

**SERVICE** FedEx Priority Overnight

**TERMS** Shipper

**SPECIAL HANDLING SECTION** Deliver Weekday

### Package details

**WEIGHT** 2 lbs / 0.91 kgs

**TOTAL PIECES** 1

**TOTAL SHIPMENT WEIGHT** 2 lbs / 0.91 kgs

**PACKAGING** FedEx Pak

↑ Back to to

## Travel history

Ascending

FedEx

Tuesday, 12/19/23

- 3:29 PM
  Shipment information sent to FedEx

Wednesday, 12/20/23

- 7:24 PM
  Shipment arriving On-Time
  WASHINGTON, DC
- 7:24 PM
  Picked up
  WASHINGTON, DC
- 9:05 PM
  Left FedEx origin facility
  WASHINGTON, DC
- 11:55 PM
  Arrived at FedEx hub
  NEWARK, NJ

Thursday, 12/21/23

- 8:18 AM
  At local FedEx facility
  NEW YORK, NY
- 9:41 AM
  On FedEx vehicle for delivery
  NEW YORK, NY
- 11:58 AM
  Delivered
  NEW YORK, NY
- 7:44 PM
  Delay
  Retrieved shipment
  NEW YORK, NY
- 8:35 PM
  At local FedEx facility
  NEW YORK, NY
- 8:57 PM
  Delay
  Package delayed
  NEW YORK, NY



EXHIBIT 2

FedEx

- 6:07 AM
  **Delay**
  Package delayed
  NEW YORK, NY
- 6:07 AM
  **At local FedEx facility**
  NEW YORK, NY
- 1:23 PM
  **Returning package to shipper**
  Return tracking number 623281429956
  NEW YORK, NY
- 8:55 PM
  **At local FedEx facility**
  NEW YORK, NY

Back to to

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

United States

**FOLLOW FEDEX**

© FedEx 1995-2023
Site Map | Terms of Use | Privacy & Security