X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Post

JusticeforBae
@justiceforbae

@uriminzok
justiceforbae.godaddysites.com

**LEGAL NOTICE**

To named Defendant listed below:

**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**

J. Nixon Daniel, III
Beggs & Lane RLLP
501 Commendencia Street
Pensacola, Florida 32502

**IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, CIVIL DIVISION, KENNETH JUNHO BAE, LYDIA YUJIN BAE, JONATHAN SANG-OU BAE, NATALIE HAEJIN BAE, and TERRI SUHYUN CHUNG, v. DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, CIVIL ACTION NO.: 1:20-CV-02260-EGS. NOTICE OF FILING COMPLAINT.** Judge Emmet G. Sullivan issued an order for service by X (formerly known as Twitter) on December 4, 2023. The Complaint is posted on the Internet at https://justiceforbae.godaddysites.com/. Notice is hereby served on Defendant listed above. Defendant is hereby summoned and required to serve upon the Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington D.C. 20001 and Beggs & Lane RLLP, 501 Commendencia Street, Pensacola, Florida 32502, an Answer to Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendant fails to do so, judgment by default may be taken against Defendant for relief demanded in the Complaint. The Complaint was filed for injuries suffered by each of them as a result of North Korea's unlawful acts of hostage taking, torture, and other violations of the FSIA.

**법적 고지**

하기 피고 귀하:

**조선민주주의인민공화국**

**미합중국 DC 지방법원 민사부, KENNETH JUNHO BAE, LYDIA YUJIN BAE, JONATHAN SANG-OU BAE, NATALIE HAEJIN BAE 및 TERRI SUHYUN CHUNG 대 조선민주주의인민공화국, 민사 사건 번호: 1:20-CV-02260-EGS. 소장 접수 통지.** Emmet G. Sullivan 판사는 2023년 12월 4일에 X(구 트위터)에 대한 서비스 명령을 내렸습니다. 해당 불만 제기는 인터넷 https://justiceforbae.godaddysites.com/에 게시되어 있습니다. 이에 따라 상기 피고에게 통지가 송달되었습니다. 피고는 소환장을 받았으며, 소환장 송달일로부터 60일(송달일은 제외) 이내에 소장에 대한 답변서를 소환장 송달일로부터 60일(송달일 제외) 이내에 미합중국 DC 지방법원 법원 서기(주소: 333 Constitution Avenue, N.W., Washington D.C. 20001) 및 Beggs & Lane RLLP(주소: 501 Commendencia Street, Pensacola, Florida 32502)에게 반드시 전달해야 합니다. 피고가 이를 이행하지 않을 경우, 피고를 상대로 소장에서 요구된 구제책에 대해 피고의 변호없이 판결이 내려질 수 있습니다. 이 소장은 북한의 인질 납치, 고문 등의 불법 행위와 기타 FSIA 위반의 결과로 인해 사건 당사자가 입은 피해에 대해 접수되었습니다.

4:29 PM · Jan 3, 2024 · 5 Views

JusticeforBae
@justiceforbae

EXHIBIT 3