Powered by GoDaddy Websites + Marketing. Create your free website now. Start for Free

B&L
BEGGS & LANE RLLP
ATTORNEYS and COUNSELLORS at LAW
SINCE 1883

# SERVICE DOCUMENTS

**KENNETH JUNHO BAE, LYDIA YUJIN BAE, JONATHAN SANG-OU BAE, NATALIE HAEJIN BAE, and TERRI SUHYUN CHUNG,**
**Plaintiffs,**

**v.**

**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,**
**c/o Foreign Minister Ri Son-Gwon**
**Ministry of Foreign Affairs**
**Jungsong-Dong, Central District**
**Pyongyang, DPRK**
**Defendant.**

**English Translation**

| | |
|---|---|
| 28 U.S.C. 1391(f) (pdf) | Download |
| 90 Stat 2891 (pdf) | Download |
| 1605A - Terrorism exception (pdf) | Download |
| Doc 1 Complaint Bae (pdf) | Download |
| Doc 2 - Civil Cover Sheet (pdf) | Download |
| Doc 4 Summons (pdf) | Download |
| Doc 4-1 Notice and Consent to Magistrate Judge (pdf) | Download |
| Doc 5 Offer to Arbitrate (pdf) | Download |
| Doc 6 Standing Order Governing Civil Cases Before Judge Emmet G (pdf) | Download |
| Doc 6-1 Statements of material Facts as to Which There is no General (pdf) | Download |
| Notice of Suit (pdf) | Download |

**Korean Translation**

EXHIBIT 4

| | |
|---|---|
| 28 U.S.C. 1391(f)_ko (pdf) | Download |
| 90 Stat 2891_ko (pdf) | Download |
| 1605A - Terrorism exception_ko (pdf) | Download |
| Doc 1 Complaint Bae_ko (pdf) | Download |
| Doc 2 - Civil Cover Sheet_ko (pdf) | Download |
| Doc 4 Summons_ko (pdf) | Download |
| Doc 4-1 Notice and Consent to Magistrate Judge.ko (pdf) | Download |
| Doc 5 Offer to Arbitrate_ko (pdf) | Download |
| Doc 6 Standing Order Governing Civil Cases Before Judge Emmet_ko (pdf) | Download |
| Doc 6-1 Statements of material Facts as to Which There is no General_ko (pdf) | Download |
| Notice of Suit_ko (pdf) | Download |

COPYRIGHT © 2023 JUSTICEFORBAE - ALL RIGHTS RESERVED.

EXHIBIT 4