- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

JusticeforBae
@justiceforbae

**uriminzokkiri**
44.6K posts




Following

## uriminzokkiri

@uriminzok

uriminzokkiri.com Joined July 2010

**0** Following **16.7K** Followers

Not followed by anyone you're following

Posts | Replies | Media | Likes

**uriminzokkiri** @uriminzok · 12h
우리 인민을 세상에서 제일 행복한 인민으로 내세워주시려는 숭고한 리상을 지니시고 이 땅우에 위민헌신의 불멸할 자욱을 끝없이 새겨가시는 경애하는 원수님을 높이 모시여 우리 인민은 세세년년 복된 삶을 누리게 될것이다.
uriminzokkiri.com/index.php?ptyp...

1 | 4 | 352

**uriminzokkiri** @uriminzok · 12h
후대들을 위해서라면 천만금도 아끼지 않는 고마운 어머니당의 따사로운 사랑이 우리 학생들에게 그대로 가닿게 하겠다는 결의를 담은 평양신발공장 기사장 박명국의 글이 올랐습니다.
uriminzokkiri.com/index.php?ptyp...

2 | 232

**uriminzokkiri** @uriminzok · 12h
먼동이 터오는 새벽까지도 한밤을 지새시고 새벽이슬을 제일먼저 맞으시며 인민사랑의 먼길을 또다시 떠나실 경애하는 원수님의 안녕만을 간절히 바라는 우리 인민의 간절한 소원을 담아 축원의 노래가 새해의 이 아침 더욱 뜨겁게 울려퍼진다.

Search

**You migh**

Ulrich
@Thel

Mate
@mtw

LUKE
@Luke

Show more

**What's ha**

Hornets at Ki
NBA · Last nigh

Politics · Trendi
SHUT IT DOV
20.7K posts

Entertainment ·
Netflix or Tub
1,323 posts

Sports · Trendin
Brian Dawkin

Trending in Unit
Troy Polamal

Show more

Terms of Servic
Accessibility

EXHIBIT 5