UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH JUNHO BAE, LYDIA YUJIN
BAE, JONATHAN SANG-OU
BAE, NATALIE HAEJIN BAE, and
TERRI SUHYUN CHUNG,

      Plaintiffs,

v.                                          CIVIL ACTION NO.: 1:20-cv-02260

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA,
c/o Foreign Minister Ri Son-Gwon
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK,

      Defendant.
_____/

## REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), the Plaintiffs in this case, by and through their undersigned counsel, hereby request that the Clerk of Court enter a default by Defendant, Democratic People's Republic of Korea.

Democratic People's Republic of Korea was properly served in accordance with the Court's Minute Order dated December 4, 2023, by which the Court directed alternative service of the Summons and Complaint alleging actions under the Foreign Sovereign Immunities Act ("FSIA") by (1) service via mailing upon the Permanent Representative of the Democratic People's Republic of Korea to the United Nations in New York and (2) service by publication upon the Defendant via X (formerly known as Twitter).

Plaintiffs effectuated service by (1) mailing on Democratic People's Republic of Korea when FedEx delivered the package containing the Summons, Complaint, and Notice of Suit, together with a translation of each into the official language of the foreign state on December 21, 2023, to Foreign Minister Choe Son-Hui c/o Ambassador Kim Song, Perm. Mission of the Democratic People's Republic Korea UN, 820 Second Avenue 13th Floor, New York, NY 10017, and (2) service by publication upon the Defendant via X (formerly known as Twitter) on January 3, 2024.  See ECF No. 34 and accompanying Exhibits.

Democratic People's Republic of Korea was required to plead or otherwise defend in this action within 60 days from the date of service.  See FSIA §1608(d) ("[The] foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section.").  More than sixty days have passed since January 3, 2024, and Defendant has not filed an Answer or otherwise responded to Plaintiffs' Complaint.  See Affidavit in Support of Default, attached hereto, executed by J. Nixon Daniel, III, an attorney for Plaintiffs.

Accordingly, the Clerk of this Court is required to enter Democratic People's Republic of Korea's default.  See Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

Plaintiffs therefore ask the Clerk to enter a default by Defendant, Democratic People's Republic of Korea. As provided in Fed. R. Civ. P. 5(a)(2), "[n]o service is required on a party who is in default for failing to appear."

Dated this the 12th day of March, 2024.

                                      Respectfully submitted,

                                      */s/ J. Nixon Daniel, III*
                                      J. Nixon Daniel, III
                                      D.C. Bar No. FL0031
                                      jnd@beggslane.com
                                      David L. McGee - D.C. Bar No. FL0037
                                      dlm@beggslane.com
                                      Matthew P. Massey - D.C Bar No. 1023608
                                      mpm@beggslane.com
                                      Beggs & Lane, RLLP
                                      501 Commendencia Street -
                                      Pensacola, FL 32502
                                      (850) 432-2451
                                      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 12th day of March, 2024, I electronically filed the foregoing with the Clerk of Court but did not serve the Defendant, Democratic People's Republic of Korea as Defendant has defaulted by failing to appear. *See* Fed. R. Civ. P. 5(a)(2).

                                      */s/ J. Nixon Daniel, III*
                                      J. Nixon Daniel, III
                                      D.C. Bar No. FL0031
                                      jnd@beggslane.com
                                      Attorney for Plaintiffs