UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH JUNHO BAE, LYDIA YUJIN
BAE, JONATHAN SANG-OU
BAE, NATALIE HAEJIN BAE, and
TERRI SUHYUN CHUNG,

      Plaintiffs,

v.                                      CIVIL ACTION NO.: 1:20-cv-02260

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA,
c/o Foreign Minister Ri Son-Gwon
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK,

      Defendant.
_____/

## STATUS REPORT

Plaintiffs submit this status report in response to the Court's Minute Order dated September 11, 2024, in which the Court directed Plaintiffs to submit a status report on or before September 25, 2024. Plaintiffs accordingly submit the following report:

1. Plaintiffs complied with the Minute Order of December 4, 2023, and accomplished service as described in the Affidavit of J. Nixon Daniel, III, filed January 19, 2024. (Doc. 34)

2. On March 19, 2024, the Clerk entered a default against the Defendant. (Doc. 37)

3. Plaintiff's counsel has drafted a Motion for Default Judgment with accompanying declarations to be executed by the Plaintiffs. Following the review and approval of the Plaintiffs, counsel anticipates filing that motion on or before November 1, 2024.

        Respectfully submitted,

        <u>*/s/ J. Nixon Daniel, III*</u>
        J. Nixon Daniel, III
        D.C. Bar No. FL003
        jnd@beggslane.com
        David L. McGee - D.C. Bar No. FL0037
        dlm@beggslane.com
        Matthew P. Massey - D.C Bar No. 1023608
        mpm@beggslane.com
        Beggs & Lane, RLLP
        501 Commendencia Street -
        Pensacola, FL 32502
        (850) 432-2451
        Attorneys for Plaintiffs